**UNITED STATES OF AMERICA**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

        vs.        **CASE NO. 8:06-CR-110-T-24MAP**

**LEON ERICK WILLIAMS**

_____/

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The Defendant, Leon Erick Williams, entered a plea of guilty to Counts One, Two, Three and Four of the First Superseding Indictment before Magistrate Judge Mark A. Pizzo on October 10, 2006. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Leon Erick Williams be adjudicated guilty.

3. That the sentencing be scheduled for *January 17, 2007 at 1:30 P.M.*

DONE and ORDERED at Tampa, Florida this  13th  day of November, 2006.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE