UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                Case No. 8:06-CR-110-T-24MAP

LEON ERICK WILLIAMS
_____/

## ORDER AND AMENDED JUDGMENT

Before the Court is the Motion by the United States for Downward Departure of Defendant's Sentence Based upon Substantial Assistance (D-172).

Defendant is currently serving a 300 month sentence. The Government moves for a two-level sentence reduction based upon information Defendant provided that resulted in the prosecution of Michael Garland.

The Court finds that a two-level reduction in sentence is appropriate based upon Defendant's substantial assistance. Given that departure, the Guideline Range determined by the Court is as follows:

Total Offense Level: 32

Criminal History Category: V

Imprisonment Range: 188 to 235 months

Supervised Release Range: 3 to 4 years (Counts 3 and 4)
                          10 years (Counts 1 and 2)

Fine Range: $17,500 to $8,000,000

The Court reduces Defendant's sentence to a term of incarceration of 188 months as to Counts One and Two of the Superseding Indictment to run CONCURRENTLY; 60 months as to Count Three of the Superseding Indictment to run CONSECUTIVE to Counts One, Two and Four, and 120 months as to Count Four of the Superseding Indictment to run CONCURRENTLY with Counts One and Two.

It is therefore ORDERED that:

1) The Motion by the United States for Downward Departure of Defendant's Sentence Based upon Substantial Assistance (D-172) is GRANTED.

2) Defendant's Judgment entered in this Criminal Case on February 21, 2007 is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's total term of imprisonment from 300 months to 248 months.

3) All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 18th day of September, 2014.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE